No. D–2090. IN RE DISBARMENT OF BONCEK. Edward Boncek, of Port St. Lucie, Fla., is suspended from the practice of

law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.